■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD S. COLT, Appellant. [624 NYS2d 845] —Appeals by the defendant from two judgments of the County Court, Westchester County (Lange, J.), both rendered July 1, 1994, convicting him of burglary in the third degree (two counts), criminal mischief in the fourth degree (two counts), grand larceny in the fourth degree, petit larceny (five counts), and violation of Vehicle and Traffic Law § 375 under Indictment No. 93-01504, and burglary in the third degree (two counts), criminal mischief in the fourth degree (four counts), petit larceny (two counts), and grand larceny in the fourth degree under Indictment No. 93-01553, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD COVINGTON, Appellant. [624 NYS2d 843] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered April 29, 1992, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

To the extent the issue is preserved for appellate review, we find that the prosecutor's summation comments were either fair comments on facts adduced at trial or were appropriate responses to the defense counsel's arguments on summation *(see, People v Ashwal,* 39 NY2d 105; *People v Acevedo,* 156 AD2d 569). Balletta, J. P., Thompson, Joy and Florio, JJ., concur.